THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND RAMOS, Appellant.

Submitted September 28, 2009; decided October 15, 2009

Reported below, 60 AD3d 1091.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RIVERA, Appellant.

Submitted September 21, 2009; decided October 15, 2009

Reported below, 2009 NY Slip Op 67638(U).

Motion by Appellate Courts Committee of the New York County Lawyers' Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARIS SIMMONS, Appellant.

Submitted October 13, 2009; decided October 15, 2009

Reported below, 66 AD3d 292.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.